# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MIA GIBSON,** | ) |
| **Plaintiff,** | ) |
| v. | ) **CIVIL ACTION NO.** |
|  | ) **2:25-cv-00094-AMM** |
| **LVNV FUNDING LLC; RESURGENT CAPITAL SERVICES L.P.,** | ) |
| **Defendants.** | ) |

## JOINT STIPULATION AND MOTION FOR DISMISSAL WITH PREJUDICE

**COME NOW** all Parties, by and through their respective undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate and move for the dismissal of all claims in the above-captioned case WITH prejudice, with each party to bear its own attorney fees, costs and expenses.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff and Defendants respectfully request that this action be Dismissed in its entirety With Prejudice.

Respectfully submitted this 27th day of October, 2025.

| | |
|---|---|
| */s/ W. James Sears (w/permission)* | */s/ R. Frank Springfield* |
| W. James Sears (SEA036) | R. Frank Springfield (SPR024) |
| John G. Watts | Jackson C. Burrow (BUR232) |
| M. Stan Herring | fspringfield@burr.com |
| Patricia S. Lockhart | jburrow@burr.com |
| Watts & Herring, LLC | Burr & Forman LLP |
| The Kress Building | 420 North 20th Street, Suite 3400 |
| 301 19th Street North | Birmingham, AL  35203 |
| Birmingham, Alabama 35203 | Telephone:  (205) 251-3000 |
| (205) 879-2447 | Facsimile:  (205) 458-5345 |
| (888) 522-7167 *facsimile* | |
| james@wattsherring.com | Attorneys for Defendants |
| john@wattsherring.com | LVNV FUNDING LLC AND |
| stan@wattsherring.com | RESURGENT CAPITAL SERVICES L.P. |
| patricia@wattsherring.com | |
| Attorneys for Plaintiff | |

63336282 v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of October, 2025, that a true and correct copy of the foregoing document has been forwarded by electronic mail to the following counsel of record:

John G. Watts
M. Stan Herring
W. James Sears
Patricia S. Lockhart
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, AL  35203
john@wattsherring.com
stan@wattsherring.com
james@wattsherring.com
patricia@wattsherring.com
*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　　　*/s/ R. Frank Springfield*
　　　　　　　　　　　　　　　　　　　　R. Frank Springfield
　　　　　　　　　　　　　　　　　　　　fspringfield@burr.com

63336282 v1                                                         2